STEIN *v.* LUKEN ET AL.

No. 854.   Decided February 2, 1970

*Yale Stein,* appellant, *pro se.*

PER CURIAM.

The appeal is dismissed for failure to docket the case within the time prescribed by Rule 13.

PROVIDENCE & WORCESTER CO. *v.*
UNITED STATES ET AL.

No. 919.   Decided February 2, 1970

*Harold I. Meyerson* for appellant.

*Solicitor General Griswold, Assistant Attorney General McLaren, Deputy Solicitor General Springer, Howard E. Shapiro, Robert W. Ginnane,* and *Leonard S. Goodman* for appellees the United States et al.

PER CURIAM.

The judgment is affirmed.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.